1  NICHOLAS A. TRUTANICH
United States Attorney
2  District of Nevada
Nevada Bar No. 13644
3  PENELOPE J. BRADY
Assistant United States Attorney
4  United States Attorney's Office
400 South Virginia, Suite 900
5  Reno, Nevada 89501
775-784-5438
6  penelope.brady@usdoj.gov

7  *Representing the United States of America*

8

UNITED STATES MAGISTRATE COURT
9  DISTRICT OF NEVADA

10

United States of America
11
                Plaintiff,
                       Case No. 3:20-MJ-0073-CLB
12      v.

**STIPULATION TO CONTINUE**
13  WAKINYAN BLINDMAN,  **PRELIMINARY HEARING DATE**

14                Defendant.

15

16         IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

17  Trutanich, United States Attorney, and PENELOPE J. BRADY, Assistant United States

18  Attorney, counsel for the United States of America and Rene L. Valladares, Federal Public

19  Defender, and CHRISTOPHER FREY, Assistant Federal Public Defender, counsel for

20  WAKINYAN BLINDMAN, that the preliminary examination under Federal Rules of

21  Criminal Procedure Rule 5.1 currently set for August 12, 2020, at 2:00 p.m., be continued

22  until August 13, 2020, at 2:00 p.m.

23         The Stipulation to continue is entered into for the following reasons:

24         1.     The defendant's initial appearance on the criminal complaint in this case was

1  July 31, 2020.  ECF No. 4.

2       2.     The Court ordered the defendant detained pending trial.  ECF. No. 9.

3       3.     Since the defendant is in custody, the government has fourteen days from the

4  date of the defendant's initial appearance to conduct a preliminary examination unless the

5  defendant is indicted.  Fed. R. Crim. P. 5.1.

6       4.     The current date for preliminary hearing, August 12, 2020, is two days prior to

7  the fourteen day deadline set forth in Fed. R. Crim. P. 5.1.

8       5.     To avoid an unnecessary court appearance, both parties request that the Court

9  vacate the August 12, 2020 date for a preliminary examination and continue the matter to

10  August 13, 2020 at 2:00 p.m.

11       6.     Counsel for the defendant informs the undersigned that the defendant does not

12  oppose the continuance.

13

14  Dated this 3rd day of August, 2020.

15       NICHOLAS A. TRUTANICH         RENE L. VALLADARES
     United States Attorney             Federal Public Defender

16

     By: _/s/ Penelope J. Brady_____       By: _/s/ Christopher Frey_____

17       PENELOPE J. BRADY           CHRISTOPHER FREY
     Assistant United States Attorney     Assistant Federal Public Defender

18

19                           IT IS SO ORDERED.

20                           _William G. Cobb_____

21                           WILLIAM G. COBB
                         UNITED STATES MAGISTRATE JUDGE

22

23                           DATED:__August 4, 2020_____

24